UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CEDRIC GUESS,

        Petitioner,                   No. C 09-1065 PJH (PR)

  vs.                                **ORDER OF DISMISSAL**

M. EVANS,

        Respondent.

     This case was transferred here from the United States District Court for the Eastern District of California. On March 17, 2009, the clerk sent petitioner a notice that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

     This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

     **IT IS SO ORDERED.**

Dated: April 30, 2009.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\HC.09\GUESS1065.DSM-IFP.wpd